# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

FILED
2007 JUL 25 P 4: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

v.

JOSUE GONZALEZ

Criminal Number : 3:04CR00060(JCH)

Re: MODIFICATION FOR ELECTRONIC MONITORING

The above named has appeared before the Court on July 24, 2007, for a Compliance Review Hearing based on the offender's non-compliance with his conditions of supervised release, as ordered by the Court. Therefore, Mr. Gonzalez shall be placed on home confinement via electronic monitoring until October 31, 2007. The defendant shall make provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the United States Probation Office. Co-payment for such monitoring is hereby waived by the Court.

ORDER OF THE COURT

Dated this 25th day of July 20__.

The Honorable Janet C. Hall
United States District Judge